# Exhibit 1

Defendant's Response in Opposition to Motion for Preliminary Injunction

*Whitfield v. Thurston*, No. 4:20-CV-00466-KGB

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAN WHITFIELD and GARY FULTS,**

                                                                                         **PLAINTIFFS,**

v.                         Case No. 4:20-cv-00466-KGB

**JOHN THURSTON, in his official capacity as
Arkansas Secretary of State,**

                                                                                        **DEFENDANT.**

### DECLARATION OF PEYTON MURPHY

Pursuant to 28 U.S.C. 1746, I declare:

1.     My name is Peyton Murphy. I have personal knowledge of the facts contained in this Declaration.

2.     I am an Assistant Director in the Elections Division of the Arkansas Secretary of State's Office.

3.     I am familiar with the mechanics of the Elections Division's duties and procedures, including the submission and processing of independent candidates' petitions. I am also familiar with how the Division keeps records of which independent candidates will be certified for inclusion on the ballot.

4.     Attached as Exhibit A and Exhibit B to this declaration are two letters sent by the Secretary of State's Office. One is addressed to Christia Jones, and the other to Roderick Talley. Both letters are dated May 13, 2020. These letters confirm that Ms. Jones and Mr. Talley will appear as independent candidates on the ballot in the November 3, 2020 general election because they satisfied the independent-candidate signature requirements.

5.     These letters set out the activities of the Secretary of State's Office related to certifying independent candidates for the ballot. *See* Ark. Code Ann. 7-7-103. The Secretary of

State's Office has a legal duty to report which candidates it has certified for the ballot. *See* Ark. Code Ann. 7-5-203(a).

6. Additionally, these letters were made at or near the time of the events they describe by someone in the Secretary of State's Office with knowledge of those events. The Secretary of State's Office has kept these letters in the course of its regularly conducted activity of certifying independent candidates for the ballot. Making these letters is a regular practice of that activity.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on May 14, 2020.**

_____
Peyton Murphy



# John Thurston

## Arkansas Secretary of State

May 13, 2020

Christia Jones
418 Vasser Lane
Lonoke, AR 72086

Ms. Jones,

The Secretary of State's office has reviewed your petition and verified that a sufficient number of valid signatures have been submitted to certify you as a candidate for the office of State Representative District 14. This letter serves as a confirmation that your name will be placed on the ballot for the General Election to be held on November 3, 2020.

We will certify your name to the respective election commission(s) on or before August 20, 2020. The 2020 Election Calendar, which can be found on our website, has the dates for public display and testing of the voting machines; i.e. the dates when you can physically verify the spelling of your name on the ballot. Also, draw for ballot position takes place in every county no later than August 24, 2020, in a public meeting. Please contact your respective election commission(s) for further information.

Our office is committed to ensuring accessible, free, and fair elections. If we can be of any further service, please do not hesitate to contact us at 501-682-5070.

Sincerely,

*John Thurston*

John Thurston
Arkansas Secretary of State

 

May 13, 2020

Roderick Talley
2418 S. Cross St.
Little Rock, AR 72206

Mr. Talley,

The Secretary of State's office has reviewed your petition and verified that a sufficient number of valid signatures have been submitted to certify you as a candidate for the office of State Representative, District 34. This letter serves as a confirmation that your name will be placed on the ballot for the General Election to be held on November 3, 2020.

We will certify your name to the respective election commission(s) on or before August 20, 2020. The 2020 Election Calendar, which can be found on our website, has the dates for public display and testing of the voting machines; i.e. the dates when you can physically verify the spelling of your name on the ballot. Also, draw for ballot position takes place in every county no later than August 24, 2020, in a public meeting. Please contact your respective election commission(s) for further information.

Our office is committed to ensuring accessible, free, and fair elections. If we can be of any further service, please do not hesitate to contact us at 501-682-5070.

Sincerely,

*John Thurston*

John Thurston
Arkansas Secretary of State