IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAN WHITFIELD and GARY FULTS )
......Plaintiffs )
)
v. ) Case No. 4:20-cv-00466--KGB
)
JOHN THURSTON, in his official capacity as )
Secretary of State for the State of Arkansas, )
.....Defendant. )
_____ )

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "7"

# LETTER OF JULY 29, 2019, FROM JOHN THURSTON, ARKANSAS SECRETARY OF STATE, TO DR. MICHAEL PAKKO



# JOHN THURSTON

ARKANSAS SECRETARY OF STATE

July 29, 2019

Dr. Michael Pakko
21400 Lake Vista Drive
Roland, AR 72135

RE: New Political Party Petition – Libertarian Party of Arkansas

Dear Dr. Pakko,

On June 28, 2019, you submitted a new political party petition to our office. Arkansas Code Annotated § 7-7-205(a)(2) requires that petition to "contain at the time of filing the signature of registered voters in an amount that equals or exceeds three percent (3%) of the total votes cast for the Office of Governor in the immediately preceding general election for Governor." Three percent of the total votes cast for the Office of Governor in the 2018 general election is 26,746. The total number of signatures submitted with your June 28 petition was 18,702. Our office checked each submitted signature, and 12,749 signatures were valid. Thus, you have not satisfied the petition requirements for new political parties under Arkansas law.

Despite your failure to satisfy Arkansas law, the U.S. District Court for the Eastern District of Arkansas has preliminarily enjoined our office from complying with Arkansas law when reviewing your petition. I have attached that order for your reference. Pursuant to that preliminary-injunction order, we are currently required to recognize the Libertarian Party of Arkansas as a new political party as long as you were to submit at least 10,000 valid signatures to our office. Because you have complied with the terms of that court's order, we currently must recognize the Libertarian Party of Arkansas as a new political party in Arkansas.

Please be aware that our office has appealed that order to the U.S. Court of Appeals for the Eighth Circuit. If we prevail on that appeal, then the court order preliminarily enjoining our office from complying with Arkansas law will no longer have any effect. In that event, we will be required to comply with Arkansas law as written and to not recognize the Libertarian Party of Arkansas as a new political party.

Before our office provides a certificate that the Libertarian Party of Arkansas has complied with the court order requiring us to recognize it as a new political party in Arkansas—despite your failure to satisfy the petition requirements for new political parties under Arkansas law—please submit an affidavit, signed by the officers of the party, under oath, that complies with the provisions of Arkansas Code Annotated § 7-3-108(b). Please submit the original, signed affidavits to the following address:

Leslie Bellamy
Director of Elections
Arkansas Secretary of State
500 Woodlane Ave., Suite 026
Little Rock, AR 72201

We look forward to receiving your affidavits, and should you have any questions, you may contact the Elections Division at (501) 682-5070.

Yours Very Truly,

*John Thurston*

John Thurston
Arkansas Secretary of State