AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

Dan Whitfield and Gary Fults, Plaintiffs

v.

John Thurston, in his official capacity as Secy of State, Def.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:20-cv-00466-KGB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | James Linger, Whitfield Hyman | Nicholas Bronni, Vincent Wagner |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 27, 2020 | Elaine Hinson | Tracy Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | EXHIBITS: |
| 1 | | | | | Declaration of Dan Whitfield |
| 2 | | | | | Declaration of Gary Fults |
| 3 | | | | | Declaration of Richard Winger |
| 4 | | | | | Richard Winger Curriculum Vitae |
| 5 | | | | | 2020 Ballot Access Chart for Independent Candidate, U.S. Senate |
| 6 | | | | | Ad. Order, 4/30/18, Dkt. No. 96, Moore v. Martin, Case No. 4:14-cv-00065-JM |
| 7 | | | | | Letter 7/29/19 from Thurston to Pakko |
| 8 | | | | | Letter of 12/10/19 from Thurston to Pakko |
| 9 | | | | | Supp. Decl. of Dan Whitfield |
| 10 | | | | | Supp. Decl. of Gary Fults |
| 11 | | | | | Entry in Ballotpedia for Meghan Cox |
| 12 | | | | | Administrative Order Five, U.S. Dist. Court, E.D. Ark., 4/17/20 |
| 13 | | | | | Letters between Sandra Furrer and John Thurston and Gov. Hutchinson |
| | | | | | WITNESSES: |
| 1 | | | | | Dan Whitfield |
| 2 | | | | | Gary Fults |
| 3 | | | | | Sandra "Sandy" Furrer |
| 4 | | | | | Roderick Talley |
| 5 | | | | | Lee Jarrod Evans |
| 6 | | | | | Richard Winger |

include a notation as to the location of any exhibit not held with the case file or not available because of size.