AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

Dan Whitfield & Gary Fults

v.  Thurston

EXHIBIT AND WITNESS LIST

CASE NUMBER: 4:20-CV-00466-KGB

| PRESIDING JUDGE<br>Kristine G. Baker | | | PLAINTIFF'S ATTORNEY<br>James C. Linger | | DEFENDANT'S ATTORNEY<br>Nicholas J. Bronni |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>May 27, 2020 | | | COURT REPORTER<br>Select Reporter... | | COURTROOM DEPUTY<br>Select Deputy... |

| PLF.<br>NO. | DEF.<br>NO. | DATE.<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dan Whitfield |
| | | | | | Gary Fults |
| | | | | | Richard Winger |
| | | | | | Meghan Cox |
| | | | | | Any witness identified by Plaintiffs or called to testify by Plaintiffs. |
| | | | | | |
| | | | | | |
| | | | | | |
| | 1 | | | | Declaration of Peyton Murphy (including Exhs.1A and 1B) |
| | 2 | | | | Declaration of Meghan Cox |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)        EXHIBIT AND WITNESS LIST - CONTINUATION

Dan Whitfield & Gary Fults              Thurston
                                V.

CASE NUMBER:   4:20-CV-00466-KGB

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages