AO 187 (Rev. 7/87) Exhibit and Witness List



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 27 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## Eastern District of Arkansas

Dan Whitfield and Gary Fults, Plaintiffs
v.
John Thurston, in his official capacity as Secy of State, Def.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:20-cv-00466-KGB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | James Linger, Whitfield Hyman | Nicholas Bronni, Vincent Wagner, |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| May 27, 2020 | Elaine Hinson | Tracy Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | **EXHIBITS:** |
| 1 |  | 5/27/20 | ✓ | ✓ | Declaration of Dan Whitfield |
| 2 |  | 5/27/20 | ✓ | ✓ | Declaration of Gary Fults |
| 3 |  | 5/27/20 | ✓ | ✓ | Declaration of Richard Winger |
| 4 |  | 5/27/20 | ✓ | ✓ | Richard Winger Curriculum Vitae |
| 5 |  | 5/27/20 | ✓ | ✓ | 2020 Ballot Access Chart for Independent Candidate, U.S. Senate |
| 6 |  | 5/27/20 | ✓ | ✓ | Ad. Order, 4/30/18, Dkt. No. 96, Moore v. Martin, Case No. 4:14-cv-00065-JM |
| 7 |  | 5/27/20 | ✓ | ✓ | Letter 7/29/19 from Thurston to Pakko |
| 8 |  | 5/27/20 | ✓ | ✓ | Letter of 12/10/19 from Thurston to Pakko |
| 9 |  | 5/27/20 | ✓ | ✓ | Supp. Decl. of Dan Whitfield |
| 10 |  | 5/27/20 | ✓ | ✓ | Supp. Decl. of Gary Fults |
| 11 |  | 5/27/20 | ✓ | ✓ | Entry in Ballotpedia for Meghan Cox |
| 12 |  | 5/27/20 | ✓ | ✓ | Administrative Order Five, U.S. Dist. Court, E.D. Ark., 4/17/20 |
| 13 |  | 5/27/20 | ✓ | ✓ | Letters between Sandra Furrer and John Thurston and Gov. Hutchinson |
|  |  |  |  |  | **WITNESSES:** |
| 1 |  |  |  |  | Dan Whitfield #1 |
| 2 |  |  |  |  | Gary Fults #2 |
| 3 |  |  |  |  | Sandra "Sandy" Furrer #3 |
| 4 |  |  |  |  | Roderick Talley #4 |
| 5 |  |  |  |  | Lee Jarrod Evans #5 |
| 6 |  |  |  |  | Richard Winger #6 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages