# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAN WHITFIELD and**                                                       **PLAINTIFFS**
**GARY FULTS**

**v.**                          **Case No. 4:20-cv-00466-KGB**

**JOHN THURSTON, in his official capacity**
**as Secretary of State for the State of Arkansas**                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant John Thurston, in his official capacity as Secretary of State for the State of Arkansas, on the claims of plaintiffs Dan Whitfield and Gary Fults. Plaintiffs' claims are dismissed with prejudice; the relief requested is denied.

So adjudged this the 24th day of June, 2020.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Judge